No. 344. EX PARTE SIACA, PETITIONER.—Petition for the approval of notarial surety bond executed as surety for Notary Ramón Siaca Pacheco by Carmen González de Siaca and Horacio S. Belaval by instrument No. 159 before Notary Juan de Guzmán Benítez, of San Juan, on October 19, 1914. Decided October 20, 1914. Bond approved. The petitioner appeared by brief *pro se*.

No. 359. EX PARTE KELLEY, PETITIONER.—Petition for the approval of notarial surety bond executed as surety for Notary Daniel F. Kelley by the Fidelity and Deposit Company of Maryland on October 26, 1914. Decided October 27, 1914. Bond approved. The petitioner appeared by brief *pro se*.

No. 281. EX PARTE COLL, NOTARY PUBLIC.—Petition by the National Surety Company for the termination of notarial surety bond No. 1617 executed as surety for Notary José Coll y Cuchí by said company on May 14, 1914. Decided November 10, 1914. Bond terminated to take effect January 8, 1915. The petitioning company appeared by its general agent, Mr. H. F. Besosa.

No. 156. EX PARTE ANTONSANTI, PETITIONER.—Petition for the approval of notarial surety bond executed by Salvador Suau and Agustina Monroig in public deed dated November 9, 1914, before Notary Rafael F. Ferrer. Decided November 12, 1914. Bond approved. The petitioner appeared by brief *pro se*.

No. 386. EX PARTE FERNÁNDEZ, PETITIONER.—Petition for the approval of notarial surety bond No. 3232 executed as

surety for Notary José Y. Fernández by the National Surety Company on September 2, 1914. Decided November 13, 1914. Bond approved. The petitioner appeared by brief *pro se*.

---

No. 309. Ex PARTE MARTÍNEZ, NOTARY PUBLIC.—Petition by the National Surety Company for the termination of notarial bond No. 724 executed as surety for Notary José C. Martínez by said company on January 9, 1911. Decided November 30, 1914. Bond terminated to take effect January 29, 1914. The petitioning company appeared by its general agent, Mr. H. F. Besosa.

---

No. 231. Ex PARTE FELÍU, PETITIONER.—Petition for the approval of notarial surety bond No. 3400 executed by the National Surety Company on November 27, 1914, as surety for Notary Leopoldo Felíu. Decided December 2, 1914. Bond approved. The petitioner appeared by brief *pro se*.

---

No. 309. Ex PARTE MARTÍNEZ, PETITIONER.—Petition for the approval of notarial surety bond executed by the Fidelity and Deposit Company of Maryland on December 3, 1914, as surety for Notary José C. Martínez. Decided December 4, 1914. Bond approved. The petitioner appeared by brief *pro se*.

---

No. 375. Ex PARTE GUZMÁN, NOTARY PUBLIC.—Petition by the Fidelity and Deposit Company of Maryland for the termination of notarial surety bond executed by said company on June 20, 1914, as surety for Notary Miguel Guzmán Texidor. Decided December 4, 1914. Bond terminated to take